

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TANIKO QUINTINA HAMPTON

CASE NO.   3:19-cr-209-J- 34 MCR
18 U.S.C. § 1365(a)

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about August 8, 2018, in the Middle District of Florida, the defendant,

TANIKO QUINTINA HAMPTON,

with reckless disregard for the risk that another person would be placed in danger of bodily injury and death, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, specifically injectable hydromorphone (also known as Dilaudid), and with the container for such product.

All in violation of 18 U.S.C. § 1365(a).

MARIA CHAPA LOPEZ
United States Attorney

By: _____

Michael J. Coolican
Assistant United States Attorney

By: _____

Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division